WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gary Lazell Roberts,<br><br>Defendant. | No. CR-16-50228-PHX-GMS<br><br>**ORDER OF DETENTION** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on January 5, 2018.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

Defendant has been charged with two counts of Aggravated Assault in the Pima County Superior Court. Defendant is currently out of custody in that case after posting a bond. Defendant argues that he may lose that bond if he remains in federal custody. The Court is mindful of Defendant's concern regarding the bond but finds Defendant shall be detained.

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 8th day of January, 2018.

Honorable John Z. Boyle
United States Magistrate Judge